Christopher ESTES, Claimant–Appellant,

v.

**BOMMARITO HYUNDAI ISUZU,
Employer–Respondent.**

No. 70466.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 24, 1996.

Sheldon Weinstein, St. Louis, for claimant-appellant.

Steven R. Sharp, St. Louis, for employer-respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Christopher Estes appeals from the decision of the Labor and Industrial Relations Commission affirming the Administrative Law Judge's denial of benefits. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).